#058220

ORIGINAL

FILED
JUL 21 2003
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

VICTOR ROBLES )
)
)
V. ) NO. 03-1743C
)
THE UNITED STATES )
)

## COMPLAINT

**NOW COMES Victor Robles**, by and through his attorney, Thomas J. Scannell, and for his Complaint against the Defendant, **United States** alleges as follows:

1. The matter at issue involves the sale of real property owned by The United States and Jurisdiction is granted to this Court by virtue of the Administrative Procedure Act *5 U.S.C. 702* as well as *12 U.S.C.S. Section 1710(g)* .

2. The United States is the owner of and holds title to real property located at 1326 South Clarence Ave. Berwyn, Illinois which is legally described as follows:

   LOT 14, IN BIRKENSTEINS SUBDIVISION OF BLOCK 27 IN THE SUBDIVISION (EXCEPT THE SOUTH 300 ACRES THEREOF), BEING A SUBDIVISION OF PART OF SECTION 19, TOWNSHIP 39 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS

   **Permanent Index Number**: 16-19-210-034-0000

3. On May 8, 2003, Victor Robles entered into a Contract with The United States to purchase the property for the sum of $142,000.00, a copy of which is attached hereto and made a part hereof as Exhibit "A".

4. On or about July 18, 2002 The United States notified Victor Robles that it would

not perform under the terms of the Contract.

5. Victor M. Robles has performed all conditions of the Agreement that were to be performed by him except those which The United States actions prevented him from performing.

6. At all times relevant hereto, Victor Robles has been ready, willing and able to fulfill his obligations under the terms of the Contract and has demanded of The United States that it comply with the terms of the Contract.

7. Victor M. Robles has no adequate remedy of law.

WHEREFORE, Plaintiff, Victor M. Robles, prays this Court grant the following relief:

A. Enter a preliminary injunction prohibiting the United States from selling or transferring said property to a third party; and

B. Enter Judgment in favor of Victor M. Robles and against The United States directing The United States to specifically perform and fulfill the terms of the Contract;

Thomas J. Scannell

Thomas J. Scannell
Scannell & Korst, P.C.
10001 South Western Ave.
Chicago, Illinois 60643
(773) 233-2100

## Sales Contract

Property Disposition Program

U.S. Department of Housing and Urban Development
Office of Housing
Federal Housing Commissioner

HUD Case No 131970903 (412803)

1. I (We) Victor M. Robles (Purchaser(s)) agree to purchase on the terms set forth herein, the following property, as more particularly described in the deed conveying the property to the Secretary of Housing and Urban Development: 1326 S. Clarence Ave., Berwyn, Cook, IL
(street number, street name, unit number, if applicable, city, county, State)

2. The Secretary of Housing and Urban Development (Seller) agrees to sell the property at the price and terms set forth herein, and to prepare a deed containing a covenant which warrants against the acts of the Seller and all claiming by, through or under him. Title will be taken in the following name(s) and style: Victor M. Robles / fee simple

3. The agreed purchase price of the property is ........ 3. $ 149,000.00
Purchaser has paid $ 1,000.00 as earnest money to be applied on the purchase price, and agrees to pay the balance of the purchase price, plus or minus prorations, at the time of closing, in cash to Seller. The earnest money deposit shall be held by Coldwell Banker Bulicek/Lema

4. ☐ Purchaser is applying for FHA insured financing [☐ 203(b), ☐ 203(b) repair escrow, ☐ 203(k)] with a cash down payment of $ ______ due at closing and the balance secured by a mortgage in the amount of $ ______ for ______ months (does not include FHA Mortgage Insurance Premium, prepaid expenses or closing costs Seller has agreed to fund into mortgage.).
☐ Said mortgage involves a repair escrow amounting to $ ______
☑ Purchaser is paying cash or applying for conventional or other financing not involving FHA.

5. Seller will pay reasonable and customary costs, but not more than actual costs, nor more than paid by a typical Seller in the area, of obtaining financing and/or closing (excluding broker's commission) in an amount not to exceed ...... 5. $ 2,698.00

6a. Upon sales closing, Seller agrees to pay to the broker identified below a commission (including selling bonus, if offered by seller) of ........ 6a. $ 3,195.00

6b. If broker identified below is not the broad listing broker, broad listing broker will receive a commission of: .. 6b. $ 1,065.00

7. The net amount due Seller is (Purchase price [Item 3] less Items 5 and 6) ........ 7. $ 135,042.00

8. Purchaser is: ☑ owner-occupant (will occupy this property as primary residence) ☐ investor ☐ nonprofit organization ☐ public housing agency ☐ other government agency. Discount at closing: 0 %
*Discount will reduced by amounts, if any, listed on Line Items 5 and 6.*

9. Time is of the essence as to closing. The sale shall close not later than 45 days from Seller's acceptance of contract. Closing shall be held at the office of Seller's designated closing agent or Kokoszka & Janczur, PC / Title Co.

10. If Seller does not accept this offer, Seller ☑ may ☐ may not hold such offer as a back-up to accepted offer.

11. Lead based paint addendum ☑ is ☐ is not attached; Other addendum ☑ is ☐ is not attached hereto and made part of this contract.

12. **Should Purchaser refuse or otherwise fail to perform in accordance with this contract, including the time limitation, Seller may, at Seller's sole option, retain all or a portion of the deposit as liquidated damages. The Seller reserves the right to apply the earnest money or any portion thereof, to any sums which may be owed by the Purchaser to the Seller for rent.** Purchaser(s) Initials VMR Sellers Initials [initials]

13. This contract is subject to the Conditions of Sale on the reverse hereof, which are incorporated herein and made part of this contract.

**Certification of Purchaser:** The undersigned certifies that in affixing his/her/its signature to this contract he/she/it understands: (1) all the contents thereof (including the Conditions of Sale) and is in agreement therewith without protest; (2) he/she/it is responsible for satisfying itself as to the full condition of the property; and (3) that Seller will not perform repairs after acceptance of this contract.

| Purchaser(s): (type or print names & sign) | Purchaser(s) Address: | |
|---|---|---|
| Victor M. Robles [signature] | 7805 W. 45th Pl. Lyons IL 60534 | |
| Purchaser(s) Social Security Number (SSN) or Employer Identification Number (EIN) (include hyphens): 351923794 | Phone No: (708) 442 3919 | Date Purchaser(s) Signed Contract: 4/15/03 |
| Seller: Secretary of Housing and Urban Development By: (type name & title, & sign) x [signature] GOLDEN FEATHER REALTY SERVICE INC | | Date Contract Accepted by HUD: 5/8/03 |

**Certification of Broker:** The undersigned certifies that: (1) neither he/she nor anyone authorized to act for him/her has declined to sell the property described herein to or to make it available for inspection or consideration by a prospective purchaser because of his/her race, color, religion, sex, familial status, national origin, or disability; (2) he/she has both provided and explained to the purchaser the notice regarding use of Seller's closing agent; (3) he/she has explained fully to the purchaser the entire terms of the contract, including Condition B on the reverse hereof; and (4) he/she is in compliance with Seller's earnest money policy as set forth on HUD forms SAMS-1111, Payee Name and Address, and SAMS-1111-A, Selling Broker Certification, which he/she has executed and filed with Seller.

| Broker's Business Name & Address: (for IRS reporting) (include Zip Code) | Broker's EIN or SSN: (include hyphens) | SAMS NAID: |
|---|---|---|
| Coldwell Banker Bulicek/Lema ATTN: Sara Covarrubias 6847 W. Cermak Rd. Berwyn IL 60402 | 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 | CLDWLL7838 |
| | Signature of Broker: x [signature] | Broker's Phone No: 708 795 8100 |

Type or print the name and phone number of sales person: Sara N. Covarrubias (708) 533 8100

| This section for HUD use only. Broker notified of: | Authorizing Signature & Date: |
|---|---|
| ☐ Acceptance ☐ Back-Up No. ______ ☐ Rejection ☐ Return Earnest Money Deposit | x |

FROM : COVARRUBIAS FAX NO. : May. 16 2003 04:31PM P8

05/14/03 WED 14:44 FAX STEWART TITLE 003

**Sales Contract**
**Property Disposition Program**

U.S. Department of Housing and Urban Development
Office of Housing
Federal Housing Commissioner

HUD Case No. 131970903

1. I (We): Victor M. Robles
(Purchaser(s)) agree to purchase on the terms set forth herein, the following property, as more particularly described in the deed conveying the property to the Secretary of Housing and Urban Development: 1326 S. Clarence Ave., Berwyn, Cook, IL
(street number, street name, unit number, if applicable, city, county, State)

2. The Secretary of Housing and Urban Development (Seller) agrees to sell the property at the price and terms set forth herein, and to prepare a deed containing a covenant which warrants against the acts of the Seller and all claiming by, through or under him. Title will be taken in the following name(s) and style: Victor M. Robles / fee simple

3. The agreed purchase price of the property is ........ 3. $ 149,000.00
Purchaser has paid $ 1,000.00 as earnest money to be applied on the purchase price, and agrees to pay the balance of the purchase price, plus or minus prorations, at the time of closing, in cash to Seller. The earnest money deposit shall be held by Coldwell Banker Bulfcek/Lema

4. ☐ Purchaser is applying for FHA insured financing ☐ 203(b), ☐ 203(b) repair escrow, ☐ 203(k)) with a cash down payment of $ ______ $ ______ due at closing and the balance secured by a mortgage in the amount of $ ______ for ______ months (does not include FHA Mortgage Insurance Premium, prepaid expenses or closing costs Seller has agreed to fund into mortgage.).
☐ Said mortgage involves a repair escrow amounting to $ ______
☑ Purchaser is paying cash or applying for conventional or other financing not involving FHA.

5. Seller will pay reasonable and customary costs, but not more than actual costs, nor more than paid by a typical Seller in the area, of obtaining financing and/or closing (excluding broker's commission) in an amount not to exceed ........ 5. $ 2,698.00

6a. Upon sales closing, Seller agrees to pay to the broker identified below a commission (including selling bonus, if offered by seller) of ........ 6a. $ 3,195.00

6b. If broker identified below is not the broad listing broker, broad listing broker will receive a commission of: ........ 6b. $ 1,065.00

7. The net amount due Seller is (Purchase price [item 3] less items 5 and 6) ........ 7. $ 135,042.00

8. Purchaser is: ☑ owner-occupant (will occupy this property as primary residence) ☐ investor ☐ nonprofit organization ☐ public housing agency ☐ other government agency. Discount at closing: 0 %
*Discount will reduced by amounts, if any, listed on Line Items 5 and 6.*

9. Time is of the essence as to closing. The sale shall close not later than 45 days from Seller's acceptance of contract. Closing shall be held at the office of Seller's designated closing agent or Kokoszka & Janczur, PC / Title Co.

10. If Seller does not accept this offer, Seller ☑ may ☐ may not hold such offer as a back-up to accepted offer.

11. Lead based paint addendum ☑ is ☐ is not attached; Other addendum ☑ is ☐ is not attached hereto and made part of this contract.

12. Should Purchaser refuse or otherwise fail to perform in accordance with this contract, including the ... Seller may, at Seller's sole option, retain all or a portion of the deposit as liquidated damages. The Seller reserves the right to apply the ... portion thereof, to any sums which may be owed by the Purchaser to the Seller for rent. Purchaser(s) initials: VMR Seller's initials: ______

13. This contract is subject to the Conditions of Sale on the reverse hereof, which are incorporated herein and made part of this contract.

**Certification of Purchaser:** The undersigned certifies that in affixing his/her/its signature to this contract he/she/it understands: (1) all the contents thereof (including the Conditions of Sale) and is in agreement therewith without protest; (2) he/she/it is responsible for satisfying itself as to the full condition of the property; and (3) that Seller will not perform repairs after acceptance of this contract.

Purchaser(s): (type or print names & sign)
Victor M. Robles
[signature]

Purchaser(s) Address: 7805 W. 45th Pl. Lyons IL 60534

Purchaser(s) Social Security Number (SSN) or Employer Identification Number (EIN) (include hyphens): 351 92 3794

Phone No: (708) 442 3919

Date Purchaser(s) Signed Contract: 4/15/03

Seller: Secretary of Housing and Urban Development By: (type name & title, & sign)
x [signature]

GOLDEN FEATHER REALTY SERVICE INC

Date Contract Accepted by HUD: 5/8/03

**Certification of Broker:** The undersigned certifies that: (1) neither he/she nor anyone authorized to act for him/her has declined to sell the property described herein to or to make it available for inspection or consideration by a prospective purchaser because of his/her race, color, religion, sex, familial status, national origin, or disability; (2) he/she has both provided and explained to the purchaser the entire terms of the contract, including Condition B on the reverse hereof; and (3) he/she has explained fully to the purchaser the notice regarding use of Seller's closing agent; (3) he/she has explained fully to the purchaser the notice regarding use of Seller's closing agent; is in compliance with Seller's earnest money policy as set forth on HUD forms SAMS-1111, Payee Name and Address, and SAMS-1111-A, Selling Broker Certification, which he/she has executed and filed with Seller.

Broker's Business Name & Address: (for IRS reporting) (include Zip Code)
Coldwell Banker Bulfcek/Lema
ATTN: Sara Covarrubias
6847 W. Cermak Rd.
Berwyn IL 60402

Broker's EIN or SSN: (include hyphens) 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

SAMS NAID: CLDWLL7838

Signature of Broker: x [signature]

Broker's Phone No: 708 795 8100

Type or print the name and phone number of sales person: Sara N. Covarrubias (708) 533 8100

This section for HUD use only. Broker notified of:
☐ Acceptance ☐ Back-Up No. ______
☐ Rejection ☐ Return Earnest Money Deposit

Authorizing Signature & Date:
x Fax: 708-745-3123

6/21/03

13534

Previous editions are obsolete

Copy 1 to HUD ... (Upon approval), HUD's designated representative will return Signed Copy 1 to Broker for delivery to Purchaser ... ref. Handbook 4310.5

form HUD-9548 (1/99)