# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

Victor Robles

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Thomas J. Scannell

Firm Name: Scannell & Korst, P.C.

Post Office Box:

Street Address: 10001 S. Western Ave.

City-State-Zip: Chicago, IL 60643

Telephone & Facsimile Numbers: (T) 773-233-2100 (F) 773-233-3032

E-mail address: tscannell@scannellandkorst.com

Is the attorney of record admitted to the Court of Federal Claims Bar? No

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 2 6

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: H U D

**See attached Sheet for three digit code.**

Amount Claimed: $ Specific Performance

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)** N/A

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003