IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VICTOR ROBLES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-1743C |
| v. | ) | (Judge Block) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Andrew P. Averbach as Trial Attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Andrew P. Averbach
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street NW

Dated: August 11, 2003

s/ Andrew P. Averbach
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 307-0290
Fax: (202) 514-8624

Certificate of Filing and Service

I hereby certify that on August 11, 2003, a copy of the foregoing Notice of Appearance was filed electronically. I understand that notice of this filing will be sent by all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that on August 11, 2003, I caused to be placed in the United States mail (first-class mail, postage prepaid) a copy of the foregoing Notice of Appearance addressed as follows:

Thomas J. Scannell, Esq.
Scannell & Korst, P.C.
10001 South Western Avenue
Chicago, IL 60643

s/ Andrew P. Averbach