**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **VICTOR ROBLES** | ) | |
| | ) | |
| | ) | |
| **V.** | ) | **NO. 03-1743C** |
| | ) | |
| **THE UNITED STATES** | ) | **Judge Lawrence J. Block** |
| | ) | |

**NOTICE OF DISMISSAL**

**NOW COMES** the Plaintiff**, Victor Robles**, by and through his attorney, Thomas J. Scannell, and pursuant to 41(a) (1) of the Rules of the United States Court of Claims moves this Honorable Court to enter an order dismissing Plaintiff's Complaint without prejudice.

____________________________
Thomas J. Scannell

Thomas J. Scannell
Scannell & Korst, P.C.
10001 South Western Ave.
Chicago, Illinois 60643
(773) 233-2100