# In the United States Court of Federal Claims

**No. 03-1743 C**

**VICTOR ROBLES,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the plaintiff's Notice of Dismissal and the court's minute entry o fSeptember 30, 2003,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, without prejudice.

Brian Bishop
Acting Clerk of Court

**October 2, 2003** By: s/ Lisa L. DeFade

Deputy Clerk

<u>NOTE</u>: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies

and listing of all plaintiffs. Filing fee is $105.00.